# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

V.

ROBERT LEE HUNTER

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 6:18CR60016-001

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

> **FILED**
> US DISTRICT COURT
> WESTERN DISTRICT
> OF ARKANSAS
>
> Apr 17, 2019
>
> OFFICE OF THE CLERK

/s/ Susan O. Hickey
Signature of Judge

Susan O. Hickey     Chief U.S. District Judge
Name of Judge     Title of Judge

4/16/2019
Date